IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 2023-20 |
| v. | INFORMATION |
| | VIOLATIONS: |
| NICOLE MORALES, | Wire Fraud |
| Defendant. | 18 U.S.C. § 1343 |

The United States Attorney charges that:

## INTRODUCTION

At all times relevant to this Indictment:

1. On November 10, 2015, **NICOLE MORALES** began working as the Office Manager at Nichols, Newman, Logan, Grey, and Lockwood, P.C. (the "Victim").

2. **NICOLE MORALES'** contract stipulated that she would receive a salary of $58,000 per year effective November 10, 2015, and would increase to $65,000 per year, effective January 15, 2016, provided she demonstrated competence and diligence in performance of her duties.

3. One of **NICOLE MORALE'S** duties included processing payroll for all the Victim's employees, including herself. Payroll was processed on a weekly basis. The Victim used QuickBooks for accounting and processing payroll.

4. QuickBooks is an accounting software produced by Intuit Inc. which is headquartered in Mountain View, California. The Victim linked their Banco Popular bank account to QuickBooks for the purposes of processing and paying payroll. Banco Popular is headquartered in San Juan, Puerto Rico. **NICOLE MORALES**, using QuickBooks,

Case: 1:23-cr-00020-WAL-EAH  Document #: 1  Filed: 12/20/23  Page 2 of 16

U.S. v. Morales, 23-cr-____
Information
2 | P a g e

inputted payroll information for the Victim's employees and falsely inflated the amount she was to be paid. She would then initiate the wire-transfer payments for the employees and herself. After the money was wired, she would go back into QuickBooks and change the amount she was paid back to what she was supposed to receive. **NICOLE MORALES** then generated a report in QuickBooks with this amount and presented it to the Victim for approval.

5. Specifically, starting on December 31, 2015, **NICOLE MORALES** began a pattern of inflating her pay when processing payroll for the Victim. **NICOLE MORALES** continued this pattern until approximately January 11, 2019. **NICOLE MORALES**, using direct deposit via QuickBooks, wired unauthorized funds from the Victim's Banco Popular bank account into three separate personal bank accounts: a Bank of St. Croix account, headquartered in St. Croix, Virgin Islands; a Banco Popular account, headquartered San Juan, Puerto Rico; and a Citibank account, headquartered in New York, New York.

6. As a result of the foregoing criminal conduct, **NICOLE MORALES** stole approximately $371,595.74 from the Victim.

## COUNTS ONE THROUGH ONE HUNDRED FIFTY-THREE

Wire Fraud
(18 U.S.C § 1343)

The Introduction is hereby incorporated by reference, as though fully set forth herein.

From on or about December 31, 2015, to on or about January 11, 2019, on St. Croix, in the District of the Virgin Islands, the defendant,

**NICOLE MORALES,**

did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money

and property by means of false and fraudulent pretenses, representations and promises and caused to be transmitted by means of wire communications in interstate commerce, a series of electronic transfer of funds, from Nichols, Newman, Logan, Grey, and Lockwood, P.C.'s linked Banco Popular banking account, via QuickBooks, to the defendant's checking accounts at the Bank of St. Croix, Banco Popular, and Citibank, each transmission constituting a separate count as specified below:

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 1 | 12/31/15 | $1,385.25 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 2 | 01/15/16 | $1,847.00 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 3 | 03/11/16 | $960.92 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 4 | 03/11/16 | $239.63 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 5 | 03/18/16 | $554.10 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 6 | 03/25/16 | $1,569.95 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 7 | 04/01/16 | $1,052.00 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 8 | 04/08/16 | $336.75 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 9 | 04/15/16 | $404.10 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 10 | 04/22/16 | $1,052.60 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 11 | 04/29/16 | $67.35 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 12 | 05/06/16 | $67.35 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 13 | 05/13/16 | $396.45 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |

U.S. v. Morales, 23-cr-____
Information
4 | P a g e

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 14 | 05/20/16 | $396.45 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 15 | 05/27/16 | $1,402.60 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 16 | 06/03/16 | $67.35 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 17 | 06/10/16 | $1,879.93 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 18 | 06/17/16 | $720.20 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 19 | 06/24/16 | $2,372.27 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 20 | 07/01/16 | $1,448.78 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 21 | 07/08/16 | $1,802.87 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 22 | 07/15/16 | $1,202.60 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 23 | 07/22/16 | $1,052.60 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 24 | 07/29/16 | $505.63 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 25 | 08/26/16 | $1,995.42 | Banco Popular in San Juan, Puerto Rico | Bank of St. Croix Christiansted, St. Croix USVI | Intuit Inc. in Mountain View, CA |
| 26 | 08/26/16 | $28.63 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales*, 23-cr-____
Information
5 | Page

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 27 | 09/02/16 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 28 | 09/09/16 | $827.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 29 | 09/16/16 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 30 | 09/23/16 | $1,116.95 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 31 | 09/30/16 | $827.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 32 | 10/07/16 | $827.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 33 | 10/14/16 | $1,717.71 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 34 | 11/10/16 | $1,601.43 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 35 | 11/18/16 | $1,154.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 36 | 11/25/16 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 37 | 12/02/16 | $1,154.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 38 | 12/09/16 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 39 | 12/16/16 | $1,154.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales,* 23-cr-____
Information
6 | Page

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 40 | 01/06/17 | $1,154.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 41 | 01/13/17 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 42 | 01/20/17 | $1,154.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 43 | 01/27/17 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 44 | 02/03/17 | $1,154.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 45 | 02/10/17 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 46 | 02/17/17 | $2,077.88 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 47 | 02/24/17 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 48 | 03/03/17 | $1,154.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 49 | 03/10/17 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 50 | 03/17/17 | $1,154.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 51 | 03/24/17 | $1,845.55 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 52 | 03/24/17 | $47.62 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales*, 23-cr-____
Information
7 | Page

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 53 | 03/31/17 | $1,986.26 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 54 | 03/31/17 | $622.63 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 55 | 04/07/17 | $2,031.70 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 56 | 04/14/17 | $1,523.78 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 57 | 04/21/17 | $1,800.82 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 58 | 04/28/17 | $2,354.93 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 59 | 05/05/17 | $1,154.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 60 | 05/12/17 | $2,000.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 61 | 05/19/17 | $1,950.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 62 | 05/26/17 | $3,300.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 63 | 06/02/17 | $2,200.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 64 | 06/09/17 | $4,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 65 | 06/16/17 | $3,600.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales,* 23-cr-_____
Information
8 | P a g e

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 66 | 06/23/17 | $5,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 67 | 06/30/17 | $5,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 68 | 07/07/17 | $2,700.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 69 | 07/14/17 | $3,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 70 | 07/21/17 | $2,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 71 | 07/28/17 | $2,950.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 72 | 08/04/17 | $2,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 73 | 08/11/17 | $2,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 74 | 08/18/17 | $2,300.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 75 | 08/25/17 | $2,600.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 76 | 09/01/17 | $3,500.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 77 | 09/08/17 | $2,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 78 | 09/15/17 | $2,300.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales*, 23-cr-____
Information
9 | P a g e

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 79 | 10/06/17 | $1,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 80 | 10/13/17 | $2,489.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 81 | 10/13/17 | $60.63 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 82 | 10/20/17 | $2,189.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 83 | 10/20/17 | $60.62 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 84 | 10/27/17 | $2,189.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 85 | 10/27/17 | $60.63 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 86 | 11/03/17 | $2,639.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 87 | 11/03/17 | $460.62 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 88 | 11/10/17 | $3,158.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 89 | 11/10/17 | $91.63 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 90 | 11/17/17 | $2,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 91 | 11/24/17 | $2,430.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales,* 23-cr-____
Information
10 | P a g e

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 92 | 11/24/17 | $575.00 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 93 | 12/01/17 | $2,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 94 | 12/08/17 | $1,700.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 95 | 12/15/17 | $1,730.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 96 | 12/22/17 | $3,053.83 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 97 | 12/29/17 | $2,050.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 98 | 01/05/18 | $2,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 99 | 01/12/18 | $2,740.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 100 | 01/19/18 | $2,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 101 | 01/26/18 | $2,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 102 | 02/02/18 | $2,330.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 103 | 02/09/18 | $3,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 104 | 02/16/18 | $3,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales,* 23-cr-____
Information
11 | P a g e

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 105 | 02/23/18 | $2,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 106 | 03/02/18 | $2,300.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 107 | 03/09/18 | $3,150.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 108 | 03/16/18 | $2,700.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 109 | 03/23/18 | $2,700.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 110 | 03/29/18 | $2,600.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 111 | 04/06/18 | $2,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 112 | 04/13/18 | $2,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 113 | 04/20/18 | $3,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 114 | 04/27/18 | $1,300.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 115 | 05/04/18 | $2,002.38 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 116 | 05/04/18 | $737.62 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 117 | 05/11/18 | $3,512.37 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

U.S. v. Morales, 23-cr-____
Information
12 | P a g e

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 118 | 05/11/18 | $737.63 | Banco Popular in San Juan, Puerto Rico | Citibank New York, New York | Intuit Inc. in Mountain View, CA |
| 119 | 05/18/18 | $2,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 120 | 05/25/18 | $2,150.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 121 | 06/01/18 | $4,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 122 | 06/08/18 | $4,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 123 | 06/15/18 | $4,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 124 | 06/22/18 | $4,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 125 | 06/29/18 | $5,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 126 | 07/06/18 | $5,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 127 | 07/13/18 | $4,350.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 128 | 07/20/18 | $2,700.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 129 | 07/27/18 | $4,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 130 | 08/03/18 | $4,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales,* 23-cr-____
Information
13 | P a g e

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 131 | 08/10/18 | $4,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 132 | 08/17/18 | $5,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 133 | 08/24/18 | $5,450.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 134 | 08/31/18 | $5,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 135 | 09/07/18 | $4,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 136 | 09/14/18 | $3,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 137 | 09/21/18 | $5,750.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 138 | 09/28/18 | $2,300.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 139 | 10/05/18 | $5,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 140 | 10/12/18 | $4,350.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 141 | 10/19/18 | $6,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 142 | 10/26/18 | $6,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 143 | 11/02/18 | $4,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

*U.S. v. Morales*, 23-cr-____
Information
14 | P a g e

| Count | Date | Deposit Amount | From | To | Via |
|---|---|---|---|---|---|
| 144 | 11/09/18 | $6,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 145 | 11/16/18 | $6,250.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 146 | 11/23/18 | $5,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 147 | 11/30/18 | $5,150.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 148 | 12/07/18 | $6,050.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 149 | 12/14/18 | $5,350.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 150 | 12/21/18 | $5,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 151 | 12/28/18 | $5,350.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 152 | 01/04/19 | $2,550.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |
| 153 | 01/11/19 | $2,650.00 | Banco Popular in San Juan, Puerto Rico | Banco Popular San Juan, Puerto Rico | Intuit Inc. in Mountain View, CA |

All in violation of Title 18, United States Code, Section 1343.

Case: 1:23-cr-00020-WAL-EAH Document #: 1 Filed: 12/20/23 Page 15 of 16

*U.S. v. Morales*, 23-cr-____
Information
15 | P a g e

# FORFEITURE NOTICE

1. The Introduction and allegations contained in Counts One through One Hundred Fifty-Three of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1) and 28 U.S.C. § 2461(c)

2. Upon conviction of any of the offenses identified in Counts One through One Hundred Fifty-Three, the defendant,

**NICOLE MORALES,**

shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1) and 28 U.S.C. §2461(c), any property traceable to such property, or any property real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, including, but not limited to, the following:

A. A forfeiture money judgment in an amount equal to the amount of proceeds that the defendant personally obtained from the commission of Counts One through One Hundred Fifty-Three.

Substitute Assets

3. If any property described above, as a result of any act or omission of the defendant:

A. Cannot be located upon the exercise of due diligence;

B. Has been transferred or sold to, or deposited with, a third party;

C. Has been placed beyond the jurisdiction of the court;

D. Has been substantially diminished in value; or

E. has been commingled with other property which cannot be divided without difficulty,

Case: 1:23-cr-00020-WAL-EAH Document #: 1 Filed: 12/20/23 Page 16 of 16

*U.S. v. Morales,* 23-cr-_____
Information
16 | P a g e

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code Section 2461(c).

Dated: December 20, 2023

DELIA L. SMITH
United States Attorney

Michael J. Conley
Criminal Chief

By: _____
Daniel H. Huston
Assistant U.S. Attorney
United States Attorney's Office
District of the Virgin Islands
1108 King Street, Suite 201
Christiansted, St. Croix, VI 00820-5080